IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JIMMY JERMAINE BONNER,
Jail Inmate No. 9901687437,
    Plaintiff,

vs.                                                     Case No.: 3:16cv86/MCR/EMT

DEPUTY LARRY RICHARDSON, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1), and subsequently filed several amended complaints (ECF Nos. 13, 17, 20). By order of this court dated November 7, 2017, Plaintiff was given twenty-one (21) days in which to submit one (1) identical and complete copy of his third amended complaint (*see* ECF No. 21). Plaintiff failed to provide the service copy; therefore, on December 8, 2017, the court issued an order requiring Plaintiff to show cause, within twenty-one (21) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 22). The show cause order was returned as undeliverable (ECF No. 23). Thus, as of the date of this Report and

Recommendation, Plaintiff has not submitted the service copy nor explained his failure to do so.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 9th day of January 2018.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**.